# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00756-CV

**Patricia Mitchell, Appellant**

**v.**

**Phil Mitchell, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
## NO. 98-00617, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Patricia Mitchell filed her notice of appeal on December 4, 2002. On December 17, 2002, this Court received a letter from the court reporter stating that she had been informed that appellant did not intend to pursue her appeal. On January 22, 2003, this Court sent appellant notice that her appellant=s brief was overdue and that her appeal would be subject to dismissal if a motion for an extension of time was not filed by January 27, 2003. To date, appellant has not responded to this Court=s correspondence.

We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed:   March 6, 2003